**Ernesto Canseco AVILA; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**Nos. 06–70492, 06–71234.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 12, 2006.*

Filed Oct. 17, 2006.

Alma Rosa Nieto, Los Angeles, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied. *See* 8 C.F.R. § 1003.38(b); *cf. Oh v. Gonzales,* 406 F.3d 611 (9th Cir.2005).

**PETITION FOR REVIEW DENIED.**